# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| CHARLES PATRICK PRATT and<br>A.E.P. through her parents and next friends<br>Bobbi Lynn Petranchuk and<br>Todd Edward Petranchuk,<br><br>    Plaintiffs,<br><br>v.<br><br>INDIAN RIVER CENTRAL SCHOOL<br>DISTRICT; INDIAN RIVER CENTRAL<br>SCHOOL DISTRICT BOARD OF<br>EDUCATION; JAMES KETTRICK,<br>Superintendent of Indian River Central<br>School District, in his official and individual<br>capacities; TROY DECKER, Principal of<br>Indian River High School, in his official<br>and individual capacities; and JAY BROWN,<br>JOHN DAVIS, KENDA GRAY, AMABLE<br>TURNER, PATRICIA HENDERSON, and<br>BRIAN MOORE, in their individual capacities,<br><br>    Defendants. | Case No.: 7:09-cv-411 (GTS/GHL) |

**UNITED STATES' CERTIFICATE OF CONFERRAL**

Pursuant to the letter and spirit of Local Rule 7.1(b)(2), the United States sought the consent of the parties prior to filing the Motion for Leave to Participate as *Amicus Curiae*:

1. On August 11, 2010, counsel for the United States called Thomas W. Ude, Jr, counsel of record for the Plaintiffs, to inform the Plaintiffs of the United States' intention to file a Motion for Leave to Participate as *Amicus Curiae* and to seek their consent. Mr. Ude asked for

1

time to confer with his co-counsel. Later that day, Mr. Ude left a voicemail for counsel for the United States stating that the Plaintiffs consented to the United States' filing.

2.	Also on August 11, 2010, counsel for the United States called Frank W. Miller, counsel of record for the Defendants, to inform the Defendants of the United States' intention to file a Motion for Leave to Participate as *Amicus Curiae* and to seek their consent. Mr. Miller asked for time to confer with his clients. Later that day, Mr. Miller left a voicemail for counsel for the United States stating that the Defendants opposed the United States' filing.

Dated: August 13, 2010

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

/s/ Krishna K. Juvvadi
_____
AMY I. BERMAN
EMILY H. McCARTHY
KRISHNA K. JUVVADI
CHRISTOPHER S. AWAD
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Patrick Henry Building, Suite 4300
Washington, D.C. 20530
Tel: (202) 305-3186
Fax: (202) 514-8337

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2010, I served copies of the foregoing pleading to counsel of record via the United States District Court for the Northern District of New York's electronic filing system:

Frank W. Miller
The Law Firm of Frank W. Miller
6575 Kirkville Road
East Syracuse, New York 13057
Facsimile: (315) 234-9908
E-mail: fmiller@fwmillerlawfirm.com

Thomas W. Ude, Jr.
Hayley Gorenberg
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, Suite 1500
New York, NY 10005-3904
Facsimile: (212) 809-0055
E-mail: tude@lambdalegal.org

Vickie Reznik
Adam T. Humann
Maura M. Klugman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Facsimile: (212) 446-4900
E-mail: vickie.reznik@kirkland.com

/s/ William H. Pease
_____
William H. Pease (Bar Roll No. 102338)
Assistant United States Attorney