UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CHARLES PATRICK PRATT and**
**A.E.P. through her parents and next friends**
**Bobbi Lynn Petranchuk and Todd Edward**
**Petranchuk,**

                Plaintiffs,

      v.

**INDIAN RIVER CENTRAL SCHOOL**
**DISTRICT; INDIAN RIVER CENTRAL**
**SCHOOL DISTRICT BOARD OF**
**EDUCATION; JAMES KETTRICK,**
**Superintendent of Indian River Central School**
**District, in his official and individual**
**Capacities; TROY DECKER, Principal of**
**Indian River High School, in his official and**
**Individual capacities; and JAY BROWN,**
**JOHN DAVIS, KENDA GRAY, AMABLE**
**TURNER, PATRICIA HENDERSON, and**
**BRIAN MOORE in their individual capacities,**

                Defendants.

<u>**AMENDED AND**
**SUPPLEMENTAL NOTICE OF**
**DEFENDANT INDIAN RIVER**
**CENTRAL SCHOOL**
**DISTRICT'S MOTION IN**
**LIMINE AND FOR**
**PROTECTIVE ORDER**</u>
Case No.: 7:09-cv-411 (GTS/GHL)

---

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of Charles C. Spagnoli

Supporting Defendant's Motion in Limine and for Protective Order dated April 23, 2012;

Affidavit of James Kettrick Supporting Defendant's Motion in Limine and for Protective Order

dated April 17, 2012; Defendant's Memorandum of Law Supporting Motion in Limine and for

Protective Order; Supplemental Affidavit of Charles C. Spagnoli Supporting Defendant's Motion in Limine and for Protective Order dated May 17, 2012; and Defendant's Supplemental Memorandum of Law Supporting Motion in Limine and for Protective Order, Defendant Indian River Central School District ("District") will move the Court, at the James Hanley Federal Building, 100 South Clinton Street, Syracuse, New York, at 10:00 a.m. on June 21, 2012, or as soon thereafter as Defendant District may be heard, for the following relief:

1. An Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure protecting Defendants from further discovery, including written discovery or questions in depositions of parties or non-parties, concerning alleged acts of discrimination or harassment occurring in or in the vicinity of a facility or vehicle of the District – for example, the Indian River Central High School – at a time when Plaintiff Charles Pratt was not enrolled for instruction at and attending such facility or aboard such vehicle (the "Non-Pratt Environment Evidence");

2. An Order pursuant to Rule 26(c) striking Plaintiffs' May 14, 2012 Notice of Deposition pursuant to Rule 30(b)(6) and providing that any deposition pursuant to Rule 30(b)(6) be noticed and conducted with appropriate safeguards to protect Defendants from undue burden, expense, and prejudice; and,

3. An Order directing Plaintiffs to comply with and honor the decision and order of the Hon. George H. Lowe dated January 3, 2012 by refraining from seeking further discovery concerning Defendants' document preservation efforts and litigation hold procedures.

Defendant requests the opportunity for oral argument upon the instant motion.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Rule 7.1(b)(2) of the Court, answering papers, if any, shall be served on or before June 4, 2012.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Rule 7.1(b)(2) of the Court, Defendant requests leave to submit reply papers by June 15, 2012.

Dated: May 17, 2012
      East Syracuse, New York

Respectfully submitted,

**The Law Firm of Frank W. Miller**

**s/Charles C. Spagnoli, Esq.**
Bar Roll No.:  507694
*Attorneys for Defendants*
*Indian River Central School District;*
*Indian River Central School District*
*Board of Education; James Kettrick,*
*Superintendent of Indian River*
*Central School District, in his*
*official and individual capacities;*
*Troy Decker, Principal of Indian*
*River High School, in his official and*
*individual capacities; and Jay*
*Brown, John Davis, Kenda Gray,*
*Amable Turner, Patricia Henderson,*
*and Brian Moore, in their individual*
*capacities*
Office and Post Office Address:
6575 Kirkville Road
East Syracuse, New York  13057
Telephone:  315-234-9900
Facsimile:  315-234-9908
**cspagnoli@fwmillerlawfirm.com**